FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 13, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BILLY EDWARD TOYCEN,<br><br>               Plaintiff,<br><br>v.<br><br>CITY OF YAKIMA MUNICIPAL COURT and YAKIMA COUNTY DISTRICT COURT,<br><br>               Defendants. | No.  1:21-cv-03023-SMJ<br><br>**ORDER DISMISSING ACTION** |

On March 22, 2021, the Court denied Plaintiff Billy Edward Toycen's *pro se* application to proceed *in forma pauperis*, directed him to pay the $402.00 filing fee by April 1, 2021, and warned him that failure to do so would result in the dismissal of this action. ECF No. 13. The Clerk's office mailed a copy of this Order to Plaintiff at the Yakima County Jail, but it was returned as undeliverable on March 30, 2021, with the notation, "Out of Custody." ECF No. 16.

Litigants are responsible to keep the Court informed of their current address. The Clerk's Office advised Plaintiff of this requirement with a case opening letter dated February 22, 2021. *See* ECF No. 4. Nevertheless, Mr. Toycen has failed to keep the Court apprised of his current address.

ORDER DISMISSING ACTION – 1

On March 2, 2021, the Court had directed Plaintiff to show cause why he should be granted leave to proceed *in forma pauperis*, or, in the alternative, to pay the $402.00 filing fee by April 1, 2021. ECF No. 8. Therefore, the Court is satisfied that Plaintiff was aware of the deadline to pay the filing fee. For the reasons provided here and, in the Court's previous orders, this action is dismissed.

Accordingly, **IT IS HEREBY ORDERED**:

1. This action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee requirements of 28 U.S.C. § 1914.

2. The Clerk's Office is directed to **ENTER JUDGMENT** and **CLOSE** the file.

3. Plaintiff shall file nothing further in this action other than in furtherance of an appeal.

4. The Court certifies any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to *pro se* Plaintiff at his last known address.

**DATED** this 13th day of April 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING ACTION – 2